UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 11-mj-1095 |
| | ) | |
| GERALD EDWIN FARMER | ) | |
| a/k/a HK | | |

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through Assistant United States Attorney, and respectfully requests that the Complaint and Statement in support of the Complaint and Arrest Warrant filed in this matter be unsealed because the defendant has been arrested.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

It is so ordered:

JULIET GRIFFIN
U.S. MAGISTRATE JUDGE